UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE TACON,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVA LINK LLC,<br><br>        Defendant. | Case No. 22-cv-03924-WHO<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 22 |

Plaintiff Dave Tacon moves for entry of default judgment in this action arising from the alleged infringement of his copyright-protected photograph by defendant Keva Link LLC ("Keva Link"). His motion is GRANTED. As explained in the January 11, 2023, Minute Order, which I incorporate by reference here, the majority of the factors articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) support default judgment. *See* Dkt. No. 27. The only lingering issue was the amount of damages. *Id*. Tacon then filed a supplemental notice stating that he would accept an award of $7,830 in statutory damages, which the evidence presented supports. Dkt. No. 28.

Accordingly, default judgment is entered against Keva Link in the amount of $7,830 in statutory damages, plus $5,587.50 in attorney fees and $641 in costs. Keva Link is also enjoined from continuing to store and display the photograph at issue on its website in order to prevent further infringement. *See* 17 U.S.C. § 502(a).

**IT IS SO ORDERED.**

Dated: January 18, 2023

William H. Orrick
United States District Judge